UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PATRICK WAYNE BAKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-2061 (UNA) |
| | ) | |
| ALLYSON MITCHELL, *et al*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on Patrick Wayne Baker's application to proceed *in forma pauperis* (ECF No. 2) and pleading (ECF No. 1) construed as a petition for a writ of mandamus. The Court GRANTS the application and, for the reasons discussed below, DENIES the petition.

Petitioner, it appears, demands that the District Attorney for Anderson County, Texas and the Sheriff of Anderson County investigate and prosecute assorted Texas officials and employees. This Court cannot grant such relief. A writ of mandamus "compel[s] an officer or employee *of the United States* or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361 (emphasis added). "[B]y its plain language, [28 U.S.C. § 1361] does not permit this Court to compel action by state officials or private entities." *Zernik v. U.S. Dep't of Justice*, 630 F. Supp. 2d 24, 27 (D.D.C. 2009); *see Trevino v. Texas Vital Stat.*, No. 11-cv-0976, 2011 WL 2066764, at *1 (D.D.C. May 26, 2011) ("The federal courts may compel federal

1

officials to act under certain circumstances.  *See* 28 U.S.C. § 1361.  Such authority does not extend to state officials or agencies.").

      An Order accompanies this Memorandum Opinion.

                                        /s/
                                        JIA M. COBB
                                        United States District Judge

DATE: August 15, 2025